# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 07-CV-193-GKF-SAJ ) [Motion at Dkt 4] |
| **ONE 2000 LINCOLN NAVIGATOR, VEHICLE IDENTIFICATION NUMBER 5LMFU28A9YLJ24990,** | ) ) ) ) |
| **Defendant.** | ) |

## ORDER TO FILE AFFIDAVIT UNDER SEAL

The above matter comes on for consideration on the Application of the Plaintiff, United States of America, to file under seal the Affidavit of Special Agent Lantz A. Stuart supporting the Complaint for Forfeiture *In Rem* filed herein on April 2, 2007, and the Court, having fully considered the reasons set forth in the Application, finds that such application should be granted.

IT IS HEREBY ORDERED that the Affidavit of Special Agent Lantz A. Stuart supporting the Complaint for Forfeiture *In Rem* filed in the above-captioned case on the 2nd day of April 2007 be filed under seal.

ENTERED this <u>3rd</u> day of April 2007.

*/s/ Gregory K. Frizzell*
Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma